UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION


| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER GREENE and | ) | Case No.    21-80790 |
| TIFFANY GREENE, | ) | |
| | ) | |
| Debtors. | ) | Judge Thomas M. Lynch |


**NOTICE OF UNITED STATES TRUSTEE'S 2ND MOTION TO EXTEND TIME
TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(b)(3) OR A
COMPLAINT OBJECTING TO DEBTORS' DISCHARGE
PURSUANT TO 11 U.S.C. § 727**


PLEASE TAKE NOTICE that on December 1, 2021, at 11:00 a.m., I will appear before the Honorable Thomas M. Lynch, or any judge sitting in that judge's place, and present the United States Trustee's 2nd Motion to Extend Time to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)(3) or a Complaint Objecting to Debtors' Discharge Pursuant to 11 U.S.C. § 727, a copy of which is attached.


**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:


**To appear by video**, use this link:  https://www.zoomgov.com/.   Then enter the meeting ID and password.


**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.


**Meeting ID and password.**   The meeting ID for this hearing is 160 291 5226 and the password is 852255.   The meeting ID and password can also be found on Judge Lynch's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-thomas-m-lynch.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated:   November 24, 2021                    Respectfully submitted,

                                              PATRICK S. LAYNG
                                              United States Trustee

                                       By:    */s/ Jennifer K. Niemeier*
                                              Jennifer K. Niemeier
                                              Attorney for the United States Trustee

Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, Wisconsin 53715
(608) 264-5522, extension 5643
Jennifer.Niemeier@usdoj.gov

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER GREENE and | ) | Case No.   21-80790 |
| TIFFANY GREENE, | ) | |
| | ) | |
| Debtors. | ) | Judge Thomas M. Lynch |

**UNITED STATES TRUSTEE'S 2ND MOTION TO EXTEND TIME TO FILE A
MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(b)(3) OR A COMPLAINT
OBJECTING TO DEBTORS' DISCHARGE PURSUANT TO 11 U.S.C. § 727**

The United States Trustee for the Northern District of Illinois, Western Division, Patrick S.

Layng, pursuant to Fed. R. Bankr. P. 1017(e) and 4004(b), respectfully moves the Court for a second

order extending the time to file a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) or a complaint

objecting to the Debtors' discharge pursuant to 11 U.S.C. § 727.   In support of this motion, the

United States Trustee states the following:

1.     The debtors in this case, Christopher Green and Tiffany Greene (collectively,

"Debtors"), filed a voluntary petition under chapter 7 of the Bankruptcy Code on June 15, 2021

(Dkt.1).   The Debtors are represented by Attorney David Freydin.

2.     On October 13, 2021, the Court extended the initial September 27, 2021, deadline for

the United States Trustee to file a motion to dismiss pursuant to § 707(b)(3) or a complaint objecting

to the Debtors' discharge under § 727 to November 29, 2021 (Dkt. 26).

3.     The United States Trustee has made several initial and reiterated requests for

information, including on October 1, 2021, October 19, 2021, October 29, 2021, and on November

4, 2021 – the latter being due to the United States Trustee by November 18, 2021.   Documents

remain outstanding from one or more of these requests.

4.     A creditor, Patricia Brown, filed an adversary Complaint objecting to the Debtors'

discharges (Case No. 21-ap-96021).    A status hearing is currently set for January 12, 2022.

5.    Under 28 U.S.C. § 586, the United States Trustee is charged with the duty of supervising the administration of cases filed under chapter 7, which includes determining whether cause may exist for dismissal of the case or denial of the Debtors' discharge.

6.    Additional time is required to obtain and review documents requested as part of the United States Trustee's review of this case.

7.    It is in the best interest of the Court and the efficiency of this case to extend the deadline beyond the date of the status hearing in Adversary Case No. 21-ap-96021.

8.    The United States Trustee therefore requests an extension of time, through January 28, 2022, to file a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) and a complaint objecting to the Debtors' discharge pursuant to 11 U.S.C. § 727.

For the reasons set forth above, the United States Trustee respectfully requests entry of an order extending the time to file a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) or a complaint objecting to the Debtors' discharge pursuant to 11 U.S.C. § 727 to and including January 28, 2022.

Dated:    November 24, 2021                    Respectfully submitted,

                                              PATRICK S. LAYNG
                                              United States Trustee

                                   By:    /s/ Jennifer K. Niemeier
Office of the U.S. Trustee               Jennifer K. Niemeier
780 Regent Street, Suite 304             Attorney for the United States Trustee
Madison, Wisconsin 53715
(608) 264-5522, extension 5643
Jennifer.Niemeier@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 24, 2021, a copy of the United States Trustee's Notice of Motion and 2nd Motion to Extend Time to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)(3) or a Complaint Objecting to Debtors' Discharge Pursuant to 11 U.S.C. § 727 were served via CM/ECF on trustee Brenda L. Zeddun, Attorney David Freydin for the Debtors, and any other parties entitled to receive electronic notice in this case.

_/s/ Gail Dallman_
Gail Dallman
Paralegal Specialist